| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| Randall Garteiser, ESQ. (231821)<br>GARTEISER LAW GROUP<br>44 N. San Pedro Road<br>San Rafael, California 94903 | (415) 785-3762 | **FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF<br>MAR 21 2011<br>DAVID J. MALAND, CLE<br>BY_____<br>DEPUTY |
| | Ref. No. Or File No.<br>W2573278 | |
| Attorneys for: GHJ HOLDINGS, LLC | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Plaintiff:
GHJ HOLDINGS, LLC

Defendant:
CONVATEC INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>5:11-cv-00037 |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: COVER LETTER; (original and 2 copies) SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR FALSE PATENT MARKING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : CONVATEC INC.

By Serving        : SCOTT LASCALA, Authorized Agent of Corporation Trust Company, Agent for Service of Process
Address           : 1209 Orange Street , Wilmington, Delaware  19801
Date & Time       : Thursday, March 3, 2011 @ 2:35 p.m.
Witness fees were : Not applicable.


Person serving:                          a. Fee for service:
Daniel Newcomb                           d. Registered California Process Server
Wheels of Justice, Inc.                     (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:
San Francisco, California 94105             (3) County:
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 3, 2011                      Signature: _____
                                                     Daniel Newcomb


Printed on recycled paper